## Gretchen Rodriguez-Roldan

| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Thursday, October 29, 2020 1:54 PM |
| **To:** | CTBml_BNC |
| **Subject:** | U.S. Bankruptcy Court, District of Connecticut - Returned Mail Notice, In re: , Case Number: 16-03033, amn, Ref: [p-156824345] |
| **Attachments:** | R_P31603033zoomclrk0315.PDF |

**CAUTION - EXTERNAL:**

Notice of Returned Mail to Court - Adversary Proceeding

October 29, 2020

From: The Bankruptcy Noticing Center

Re:    Returned Mail Notice - Adversary Proceeding

In re: The Cadle Company, Plaintiff
       William M. Anderson, Defendant
       Adv. Proc. No. 16-03033 amn

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. This notification is being sent for appropriate processing as your court may determine.

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

William M. Anderson
21 Quentin St
Waterbury, CT 06706-2726

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
October 21, 2020

In re:
    William M. Anderson
                Debtor*

Case Number: 15−30458 amn
Chapter: 7

The Cadle Company
                Plaintiff(s)
v.
William M. Anderson
                Defendant(s)

Adversary Proceeding
No.: 16−03033 amn

### Clerk's Notice of ZoomGov Instructions Regarding Scheduled Hearing

The scheduled hearing or conference before the Honorable Ann M. Nevins on February 9, 2021 will be conducted over the ZoomGov platform.

If you are the debtor, CM/ECF Filer, or CM/ECF User and will be participating in the above scheduled hearing, at least THREE business days before the scheduled hearing, you must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address: CalendarConnect_NH@ctb.uscourts.gov. If you do not have an email address, you may call the Clerk's Office at (203)773−2009 for the instructions.

**PUBLIC ACCESS TO REMOTE HEARING−LISTEN ONLY**: If you are **not a Remote Hearing Participant** but would like to listen to the hearing, please use the court hearing conference line at 1−877−873−8017 and input the Access Code: 9295115 when prompted.

Dated: October 21, 2020

For the Court

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773−2009
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form zoomclrk